# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Applies to | ) ) | Master Docket Case No. |
| Kathy Batty,   No. 1:12-cv-6279 | ) ) ) | 1:11-cv-05468 Hon. Rebecca R. Pallmeyer |

## **MOTION FOR JUDGMENT AS A MATTER OF LAW**

Zimmer, Inc., through its undersigned counsel, hereby moves this Court for an Order granting judgment as a matter of law pursuant to Federal Rule 50(a). The legal and factual bases for the Motion are stated fully within the accompanying Memorandum in Support of Motion for Judgment as a Matter of Law.

Dated: October 23, 2015                     Respectfully submitted,

                                            FAEGRE BAKER DANIELS LLP


                                            /s/ James A. O'Neal
                                            Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, IN  46204
                                            Telephone:    (317) 237-0300
                                            Fax:          (317) 237-1000
                                            Email:        andrea.pierson@faegrebd.com

1

James A. O'Neal (Minn. State Bar #8248X)
Bruce Jones (Minn. State Bar #179553)
Amy R. Fiterman (Minn. State Bar #285493)
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: amy.fiterman@faegrebd.com
bruce.jones@faegrebd.com
james.oneal@faegrebd.com

J. Stephen Bennett (Ill. State Bar #6226615)
Abigail M. Butler (Ind. State Bar #22295-02)
Peter A. Meyer (Ind. State Bar # 27968-53)
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802-2600
Telephone: (260) 424-8000
Fax: (260) 460-1700
Email: stephen.bennett@faegrebd.com
Email: abigail.butler@faegrebd.com
Email: peter.meyer@faegrebd.com

*Lead counsel for Zimmer, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2015 a copy of the foregoing **MOTION FOR JUDGMENT AS A MATTER OF LAW** was filed electronically.  Parties may access this filing through the Court's electronic records system.

/s/ James A. O'Neal